UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROSA MAYMI,

                                 Plaintiff,         24 Civ. 5887 (LGS)

             -against-                            ORDER

LEMLE & WOLFF, INC., et al.,

                               Defendants.
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: February 12, 2025
        New York, New York

                                                       LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE